UNITED STATES BANKRUPTCY
EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION – DETROIT

In Re: SALAMI, LOUAY and            Case No. 11-56509-PJS
MUSLEH, NADIA WILLIAM           Chapter 7
                                                  Hon. Phillip J. Shefferly

Debtor(s)

## STIPULATION TO MODIFY DEBTOR
## COMPROMISE SETTLEMENT WITH TRUSTEE

LOUAY SALAMI and NADIA WILLIAM MUSLEH, the Debtor(s) and the Chapter 7 Trustee, DOUGLAS ELLMANN, by and through their respective counsel, hereby stipulate and agree as follows:

1. The Trustee and Debtors entered into a compromise memorialized by Court order dated March 18, 2014.

2. That economic circumstances and mental illness of the Debtor(s) have caused the Debtor(s) and the Trustee to reconsider the terms of the aforementioned compromise agreement.

3. The Trustee and the Debtor(s) have stipulated and agreed to vacate the prior agreement referenced in paragraph 1 and enter into a revised compromise agreement.

4. The Debtor(s) shall pay $2,000.00 to the Trustee in full and final settlement of Trustee's claim against Debtor(s) bankruptcy estate as follows:

5. $1,000.00 is to be paid to Trustee, Douglas Ellmann within 7 days after the entry of the corresponding order.

6. $1,000.00 is to be paid to Trustee, Douglas Ellmann on or before February 29, 2016.

7. If the Debtor(s) default on their payment obligations to the Trustee, the Trustee can file a Notice of Default and the undersigned parties stipulate and agree that the above-captioned case shall be dismissed, and the prior Discharge issued by the Court shall be set aside and the Debtor(s) shall be held in contempt for their failure to abide by the terms of this stipulation and order.

8. The parties agree to the entry of the attached order.

9. This Settlement is subject to approval of it after notice to the creditors and the US Trustee's office.

BABUT LAW OFFICES, PLLC.

/s/ William C. Babut

WILLIAM BABUT (P41099)
Attorney for Debtor(s)
700 Towner St.
Ypsilanti, MI 48298
(734) 485-7000   wbabut@babutlaw.com

Dated: January 28, 2016

/s/ Douglas Ellmann

DOUGLAS ELLMANN
Chapter 7 Trustee
308 West Huron
Ann Arbor, MI  48103
(734)668-4800
dse@ellmannlaw.com

Dated: January 28, 2016

UNITED STATES BANKRUPTCY
EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION – DETROIT

In Re: SALAMI, LOUAY and  Case No. 11-56509-PJS
MUSLEH, NADIA WILLIAM  Chapter 7

Hon. Phillip J. Shefferly

Debtor(s)

## ORDER MODIFYING COMPROMISE AGREEMENT

## BETWEEN DEBTOR(S) AND CHAPTER 7 TRUSTEE

A Stipulation to modify Debtor(s) Compromise Settlement with the Trustee having been filed with the Court and the Court being fully advised in the premises enters this order.

IT IS HEREBY ORDERED that the compromise agreement between the Debtor(s) and the Trustee dated March 18, 2014 is vacated and the Debtor(s) and the Trustee have entered into a revised compromise agreement.

IT IS HEREBY FURTHER ORDERED that the Debtor(s) shall pay $2,000.00 to the Trustee in full and final settlement of Trustee's claim against Debtor(s) bankruptcy estate as follows:

$1,000.00 is to be paid to Trustee, Douglas Ellmann within 7 days after the entry of this order.

$1,000.00 is to be paid to Trustee, Douglas Ellmann on or before February 29, 2016.

IT IS HEREBY FURTHER ORDERED that if the Debtor(s) default on their payment obligation to the Trustee, The Trustee can file a Notice of Default and the above-captioned case shall be dismissed, and the discharge shall be set aside and the Debtor(s) shall be held in contempt for their failure to abide by the terms of this order.